GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZA (*pro hac vice* pending)
General Counsel
Liberty Media Holdings, LLC
302 Washington Street, Suite 321
San Diego, California 92103
Telephone: (619) 866-5975
Facsimile: (619) 866-5976
marc@corbinfisher.com

Attorneys for Plaintiffs,

RECEIVED 2010 APR -7 P 12:42

FILED
APR 07 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,

Plaintiffs,

vs.

GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: C-10-1282 (MMC)

APPLICATION FOR ADMISSION OF MARC JOHN RANDAZA *PRO HAC VICE* and [PROPOSSED] ORDER

-1-

Pursuant to Civil L.R. 11-3, Marc J. Randazza an active member in good standing of the bars of Massachusetts and Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiffs Io Group, Inc. Liberty Media Holdings, LLC and Channel One Releasing, Inc., in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing with the bar of the Commonwealth of Massachusetts, the State of Florida, U.S District Court of Massachusetts, 1st Circuit Court of Appeals, U.S. District Court for the Northern District of Florida, U.S. District Court for the Middle District of Florida, U.S. District Court for the Southern District of Florida, the 11th Circuit Court of Appeals, the 9th Circuit, the 7th Circuit, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Northern District of Texas, the U.S District Court for the Federal Circuit. My Massachusetts Bar Number is 651477. My Florida Bar Number is 625566.

2. I changed my residence to California less than a year ago. I sat for the California Bar in February 2010 and I am waiting for the results. I have cleared Character and Fitness.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Program of this Court; and

4. An attorney who is a member of the bar of this Court is good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

D. Gill Sperlein (172887)
584 Castro Street, Suite 879
San Francisco, CA 94114

```
415-404-6615
415-404-6616
gillsperlein@sperleinlaw.com
```

I declare under penalty of perjury that the forgoing is true and correct.

Dated: April 6, 2010        by: _____
                                MARC J. RANDAZZA
                                General Counsel
                                Liberty Media Holdings, LLC

Having reviewed Marc Randazza's Application to appear Pro Hac Vice in this matter and good cause appearing the Application is **HEREBY GRANTED.**

Dated: _____          _____
                                MAXINE M. CHESNEY
                                UNITED STATES DISTRICT JUDGE

-3-