IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., et al., | Case No. C-10-1282 MMC |
|     Plaintiff, | **ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |
| v. | |
| GLBT, LTD., et al., | |
|     Defendants / | |

Marc John Randaza, an active member in good standing of the State Bar of Massachusetts and the State Bar of Florida, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis as counsel for plaintiffs herein,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by said attorney shall indicate appearance pro hac vice.  Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

**IT IS SO ORDERED.**

Dated: April 9, 2010

MAXINE M. CHESNEY
United States District Judge