Michael J. Niborski (State Bar No. 192111)
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670
mniborski@pryorcashman.com

Robert J. deBrauwere (*Pro Hac Vice Pending*)
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-0418
Facsimile: (212) 710-6086
rdebrauwere@pryorcashman.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 GROUP, INC., a California corporation; CHANNEL ONE RELEASING, INC., a California corporation; and LIBERTY MEDIA HOLDINGS, LLC, a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>GLBT, Ltd, a British limited company; MASH and NEW, Ltd, a British limited company; PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom,<br><br>    Defendants. | Case No. CV-10-1282 MMC<br><br>**STIPULATION RE TELEPHONIC APPEARANCE OF COUNSEL AT SCHEDULING CONFERENCE;**<br><br>**DECLARATION OF MICHAEL J. NIBORSKI IN SUPPORT THEREOF**<br><br>Date: July 16, 2010<br>Time: 10:30 a.m.<br>Place: Courtroom 7<br><br>[Proposed Order filed concurrently herewith] |

1       Plaintiffs 10 GROUP, INC., CHANNEL ONE RELEASING, INC., and LIBERTY MEDIA HOLDINGS, LLC, ("Plaintiff") and Defendants GLBT, Ltd., MASH and NEW, Ltd, PORT 80, Ltd., STEVEN JOHN COMPTON, and DAVID GRAHAM COMPTON ("Defendants"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

      1.    Pursuant to the Court's Order dated April 12, 2010, a Scheduling Conference has been set in this matter for Friday, July 16, 2010.

      2.    California counsel for Defendants in this action has a pre-arranged, pre-paid trip scheduled for the week including July 16, 2010. This trip was planned and paid for in advance of the Court's April 12, 2010 Order. Co-counsel for Defendants in this action, Robert J. deBrauwere is located in New York and is currently applying to this Court for admission *pro hac vice* as a non-resident attorney.

      3.    In order to accommodate the schedules and locations of counsel, counsel for Plaintiffs and Defendants have conferred and agreed to appear at the July 16, 2010 Scheduling Conference by telephone pending this Court's approval.

      4.    Counsel will be available by telephone in accordance with the policies and procedures of this Court.

      5.    This Stipulation is submitted in good faith and in order to most effectively and efficiently facilitate the schedules of counsel of this matter.

IT IS SO STIPULATED.

**PRYOR CASHMAN LLP**

Dated: July 12, 2010      By:  /s/ Michael J. Niborski
                                             Michael J. Niborski (State Bar No. 192111)
                                             1801 Century Park East, 24th Floor
                                             Los Angeles, CA 90067-2302
                                             Tel: 310/556-9608
                                             Fax: 310/556-9670
                                             mniborski@pryorcashman.com

*Attorneys for Defendants*

|  |  |
|---|---|
|  | **THE LAW OFFICE OF D. GILL SPERLEIN** |
| Dated:  July 12, 2010 | By:  /s/ D. Gill Sperlein<br>D. Gill Sperlein (State Bar No. 172887)<br>584 Castro Street, Suite 879<br>San Francisco, CA 94114<br>Tel: 415/404-6615<br>Fax:  415/404-6616<br>gill@sperleinlaw.com<br><br>*Attorneys for Plaintiffs* |
|  | **MARC JOHN RANDAZZA** |
| Dated:  July 12, 2010 | By:  /s/ Marc John Randazza<br>Marc John Randazza (269535)<br>General Counsel<br>Liberty Media Holdings, LLC<br>302 Washington Street, Suite 321<br>San Diego, CA 92103<br>Tel: 415/404-6615<br>Fax:  415/404-6616<br>marc@corbinfisher.com<br><br>*Attorneys for Plaintiffs* |

## **DECLARATION OF MICHAEL J. NIBORSKI**

I, Michael J. Niborski, hereby declare as follows:

1. I am of counsel to the law firm Pryor Cashman LLP, attorneys of record in this action for Defendants. I submit this declaration in support of the Parties' Stipulation Re Telephonic Appearance of Counsel at Scheduling Conference. I have personal knowledge of the facts set forth in this Declaration, except for those matters stated to be based upon my information and belief, and if called upon to do so I could and would competently testify thereto.

2. Pursuant to the Court's Order dated April 12, 2010, a Scheduling Conference has been set in this matter for Friday, July 16, 2010.

3. I am California counsel for Defendants in this action and have a pre-arranged, pre-paid trip scheduled for the week including July 16, 2010. This trip was planned and paid for in advance of the Court's April 12, 2010 Order. Co-counsel for Defendants in this action, Robert J. deBrauwere is located in our firm's New York office and is currently applying to this Court for admission as a non-resident attorney.

4. In order to accommodate the schedules and locations of counsel, counsel for Plaintiffs and Defendants have conferred and agreed to appear at the July 16, 2010 Scheduling Conference by telephone pending this Court's approval.

5. Counsel will be available by telephone in accordance with the policies and procedures of this Court.

6. This Stipulation is submitted in good faith and in order to most effectively and efficiently facilitate the schedules of counsel of this matter.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on July 12, 2010, at Los Angeles, California.

/s/ Michael J. Niborski           .
Michael J. Niborski