1  Michael J. Niborski (State Bar No. 192111)
   PRYOR CASHMAN LLP
2  1801 Century Park East, 24th Floor
   Los Angeles, CA 90067
3  Telephone: (310) 556-9608
   Facsimile: (310) 556-9670
4  mniborski@pryorcashman.com

5  Robert J. deBrauwere (*Pro Hac Vice Pending*)
   PRYOR CASHMAN LLP
6  7 Times Square
   New York, NY 10036
7  Telephone: (212) 326-0418
   Facsimile: (212) 710-6086
8  rdebrauwere@pryorcashman.com

9  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 GROUP, INC., a California corporation; CHANNEL ONE RELEASING, INC., a California corporation; and LIBERTY MEDIA HOLDINGS, LLC, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GLBT, Ltd, a British limited company; MASH and NEW, Ltd, a British limited company; PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom,<br><br>Defendants. | Case No. CV-10-1282 MMC<br><br>**ORDER GRANTING STIPULATION RE TELEPHONIC APPEARANCE OF COUNSEL AT SCHEDULING CONFERENCE**<br><br>Date:  July 16, 2010<br>Time:  10:30 a.m.<br>Place:  Courtroom 7 |

ORDER GRANTING STIPULATION RE TELEPHONIC APPEARANCE
CASE NO. CV-10-1282 MMC

1 **ORDER**

2 Good cause having been shown, IT IS HEREBY ORDERED that the Stipulation Re

3 Telephonic Appearance Of Counsel At Scheduling Conference is hereby granted.

7 Dated:

United States District Court Judge