Michael J. Niborski (State Bar No. 192111)
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670
mniborski@pryorcashman.com

Robert J. deBrauwere (*Pro Hac Vice Pending*)
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-0418
Facsimile: (212) 710-6086
rdebrauwere@pryorcashman.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 GROUP, INC., a California corporation; CHANNEL ONE RELEASING, INC., a California corporation; and LIBERTY MEDIA HOLDINGS, LLC, a California corporation, | Case No. CV-10-1282 MMC<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER** |
| Plaintiffs, | |
| vs. | |
| GLBT, Ltd, a British limited company; et al. | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants GLBT, Ltd., MASH and NEW, Ltd., PORT 80, Ltd., STEVEN JOHN COMPTON, and DAVID GRAHAM COMPTON, hereby substitute JONATHAN CHARLES CAPP, Esq. as counsel of record in the above entitled action in place of Michael J. Niborski and Robert J. deBrauwere of PRYOR CASHMAN LLC whose contact information is listed above.

New counsel's contact information is.

Jonathan C. Capp (SBN 177585)
4317 Silver Spring Way
Oceanside, CA 92057
Tel (760) 231 6498
Fax (760) 231 6272
Email: jonccapp@cox.net

I accept this substitution

**JONATHAN CHARLES CAPP**
Dated: July 12, 2010    By:            /s/ Jonathan Charles Capp

We consent to this substitution.

**PRYOR CASHMAN LLP**
Dated: July 28, 2010    By:            /s/ Michael J. Niborski

**PRYOR CASHMAN LLP**
Dated: July 28, 2010    By:            /s/ Robert J. deBrauwere

We consent to this substitution.

**MASH and NEW, Ltd.**    By: _____
Dated: July 28, 2010         STEVEN J. COMPTON

| | | |
|---|---|---|
| 1 | **GLBT, Ltd** | By: _____ |
| 2 | Dated: July 28, 2010 | STEVEN J. COMPTON |
| 3 | **PORT 80, Ltd.** | By: _____ |
| 4 | Dated: July 28, 2010 | STEVEN J. COMPTON |

**STEVEN J. COMPTON**   _____
Dated: July 28, 2010

**DAVID G. COMPTON**   _____
Dated: July 28, 2010

IT IS SO ORDERED

Dated August 3, 2010

Judge of the USDC