Jonathan Charles Capp (177585)
4317 Silver Spring Way
Oceanside, CA 92057
Tel. (760) 231 6498
Fax. (760) 231 6272
Email: jonccapp@cox.net

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 GROUP, INC., a California corporation; CHANNEL ONE RELEASING, INC., a California corporation; and LIBERTY MEDIA HOLDINGS, LLC, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GLBT, Ltd, a British limited company; et al.<br><br>Defendants. | Case No. CV-10-1282 MMC<br><br>**CERTIFICATE OF INTERESTED PARTIES [L.R. 3-16]** |

**CERTIFICATE OF INTERESTED PARTIES [L.R. 3-16]**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

**JONATHAN CHARLES CAPP**
Dated: August 17, 2010    By:                    /s/ Jonathan Charles Capp

Certificate of interested parties
Case No. CV-10-1282-MMC                    -1-