UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IO GROUP, INC., et al.,<br>　　　　Plaintiffs, | No. C 10-1282 MMC |
| v. | **ORDER DENYING REQUEST FOR DEFENDANTS STEVEN COMPTON AND DAVID COMPTON TO ATTEND THE ENE TELEPHONICALLY** |
| GLBT, LTD., et al.,<br>　　　　Defendants._____/ | |

Date:　　　Not yet scheduled
Mediator:　Henry Su

　　　IT IS HEREBY ORDERED that the request for defendants Steven Compton and David Compton to be excused from personal attendance at the not yet scheduled ENE session before Henry Su is DENIED. The court finds that defendants have not made adequate showing that their being required to attend the ENE in person would cause them 'extraordinary or otherwise unjustifiable hardship' as required under ADR L.R. 5-10(d), and therefore ORDERS Steven Compton and David Compton to attend the ENE in person.

　　　IT IS SO ORDERED.

October 4, 2010　　　　　　　　By:　　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge