Jonathan Charles Capp (177585)
4317 Silver Spring Way
Oceanside, CA 92057
Tel. (760) 231 6498
Fax. (760) 231 6272
Email: jonccapp@cox.net

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 GROUP, INC., a California corporation; CHANNEL ONE RELEASING, INC., a California corporation; and LIBERTY MEDIA HOLDINGS, LLC, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GLBT, Ltd, a British limited company; et al.<br><br>Defendants. | Case No. CV-10-1282 MMC<br><br>**[PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-2 EXTENDING TIME FOR COMPLETION OF ENE SESSION**<br><br>Complaint filed: March 26, 2010<br>Trial Date: None Set |

## ~~[PROPOSED]~~ ORDER

Upon the stipulation of the parties and good cause appearing therefore:

**IT IS ORDERED**

1. That the completion date for the ENE session in this matter be extended to November 13th, 2010.

2.   That Plaintiffs waive any jurisdictional argument on the basis of Defendants being physically present to attend a court appointed mediation.

3.   ~~_____~~
~~_____~~
~~_____.~~

Dated:__18th of_____October, 2010

_____
Judge of the US District Court

[PROPOSED]ORDER TO EXTEND ENE COMPLETION DATE
Case No. CV-10-1282-MMC                    -2-