| | |
|---|---|
| 1 | Henry C. Su (No. 211202) |
| | suh@howrey.com |
| 2 | c/o ALTERNATIVE DISPUTE RESOLUTION PROGRAM |
| | United States District Court for the Northern District of California |
| 3 | 450 Golden Gate Avenue |
| | 16th Floor |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 522-2199 |
| 5 | Facsimile: (415) 522-4112 |
| 6 | *Court-Appointed Neutral* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC.; CHANNEL ONE RELEASING, INC.; and LIBERTY MEDIA HOLDINGS, LLC, | Case No. 3:10-cv-01282-MMC (ENE) |
| Plaintiffs, | **CERTIFICATION OF ADR SESSION** |
| vs. | Date: Friday, November 5, 2010 |
| | Time: 8:30 a.m. |
| GLBT, LTD.; MASH & NEW, LTD.; PORT 80, LTD.; STEVEN JOHN COMPTON; and DAVID GRAHAM COMPTON, | Room: Howrey LLP |
| | 525 Market Street, 36th Floor |
| | San Francisco, California 94105 |
| | Neutral: Henry C. Su |
| Defendants. | |

CERTIFICATION OF ADR SESSION
CASE NO. 3:10-CV-01282-MMC (ENE)

**Instructions:** The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR session.  The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a hybrid ☒ Mediation and ☒ ENE session on (date) <u>Friday, November 5, 2010</u>.

2. Did the case settle?  ☐ fully  ☐ partially  ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no (*not at this time, but counsel may contact neutral should further assistance be required*)

   ☐ not applicable

4. **IS THIS ADR PROCESS COMPLETED?**     ☒ YES     ☐ NO

Dated: November 8, 2010

/s/ Henry C. Su
**Neutral, Henry C. Su**

Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303-2281
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
E-mail: suh@howrey.com