1  D. GILL SPERLEIN (172887)
   THE LAW OFFICE OF D. GILL SPERLEIN
2  584 Castro Street, Suite 879
3  San Francisco, California  94114
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
   gill@sperleinlaw.com
5
6  MARC JOHN RANDAZA (269535)
   General Counsel
7  Liberty Media Holdings, LLC
   302 Washington Street, Suite 321
8  San Diego, California  92103
   Telephone: (415) 404-6615
9  Facsimile: (415) 404-6616
   marc@corbinfisher.com
10
11 Attorneys for Plaintiffs

12              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
13                 **SAN FRANCISCO DIVISION**
14

15 IO GROUP, INC., a California corporation,   )  **CASE NO.:  C-10-1282 (MMC)**
16 CHANNEL ONE RELEASING, Inc., a             )
   California corporation and LIBERTY         )
17 MEDIA HOLDINGS, LLC., a California         )  **STIPULATED REQUEST FOR ORDER**
   corporation,                               )  **CHANGING TIME PURSUANT TO**
18                                            )  **LOCAL RULE 6-2 AND [PROPOSSED]**
19     Plaintiffs,                            )  **ORDER**
                     vs.                      )
20                                            )
21 GLBT, Ltd., a British limited company,     )
   MASH and NEW, Ltd., a British limited      )
22 company, PORT 80, Ltd., a company of       )  **Trial Date:** August 22, 2011
   unknown origin or structure, STEVEN        )
23 JOHN COMPTON, an individual living in      )
   the United Kingdom, and DAVID              )
24 GRAHAM COMPTON, an individual              )
   living in the United Kingdom.              )
25                                            )
26     Defendants.                            )

27

28

                              1

                                    JOINT CASE MANAGEMENT STATEMENT
                                               C-10-1282 (MMC)

1    All parties by and through their respective counsel of record, hereby stipulate to

2  change time for the following reasons:

3    **(A)**    Reasons for the Enlargement of Time

4

5    **1.**    The parties held off on opening formal discovery honestly, if

6  perhaps overly optimistically, believing the parties had a high likelihood of settling this

7  matter at the Early Neutral Evaluation and Settlement Conference.

8

9    **2.**    Parties have yet been able to set depositions which will require

10  counsel traveling to England or Defendants traveling here.

11    **3.**    Defense counsel, a sole practitioner recently had to return to England

12  on an emergency basis as his mother had suffered a medical emergency.

13

14    **(B)**    **Previous Time Modifications**

15    Previously the parties stipulated and the Court allowed and extension of

16  time to complete the ENE from October 14, 2010 to November 13, 2010.  There have

17  been no other time modifications in this case.

18

19    **(C)**    **Effect the Requested Time Modification will Have on Schedule**

20    The requested modifications are as follows:

21

| Event | Current | Proposed |
|-------|---------|----------|
| Discovery Cut Off | 2/18/11 | 3/31/11 |
| Experts named | 2/25/11 | 3/31/11 |
| Rebuttal Experts named | 3/11/11 | 4/14/11 |
| Expert Discovery Cut Off | 4/11/11 | 5/6/11 |

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
C-10-1282 (MMC)

| Joint Statement Due | 5/6/11 | SAME |
|---|---|---|
| Dispositive Motion Deadline | 5/11/11 | SAME |
| Further Status Conference | 5/13/11 | SAME |
| Meet and Confer | 7/5/11 | SAME |
| PreTrial Conference | 8/9/11 | SAME |
| Trial Date | 8/22/11 | SAME |

2/17/2011                                       /s/ D. Gill Sperlein

**Dated:**_____                 _____

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
Attorney for Plaintiffs


2/17/2011                                       /s/ Jonathan Capp
**Dated:**_____                 _____

Jonathan Capp,
Attorney for Defendants


**PURSUANT TO STIPULATION IT IS SO ORDERED**.


Dated:  February 28 , 2011                  _____

Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

JOINT CASE MANAGEMENT STATEMENT
C-10-1282 (MMC)