GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZA (269535)
RANDAZZA LEGAL GROUP
3969 Fourth Avenue, Suite 204
San Diego, California 92103
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax)
MJR@randazza.com

Attorneys for Plaintiffs,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,<br><br>    Plaintiffs,<br><br>        vs.<br><br>GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.<br><br>    Defendants. | CASE NO.: C-10-1282 (MMC)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO LOCAL RULE 6-2 AND [PROPOSED] ORDER** |

All Parties, by and through their respective counsel of record, hereby stipulate to change time for the following reasons:

**A. Reasons for Extension of Deadlines**

1. The Parties held off on opening formal discovery out of a mutual belief in a high likelihood of settling this matter at the ENE Conference held on November 13, 2010.

2. Defense counsel, a sole practitioner, recently returned to England on an emergency basis as his mother suffered a medical emergency.

3. Shortly following this, Marc Randazza, attorney for Plaintiffs, was required to study for and sit for the Nevada Bar exam.

4. Immediately following this, both Marc Randazza and Gill Sperlein, attended a conference in Washington D.C.

5. The Parties have exchanged written discovery requests, and Plaintiffs received Defendants' responses to their first set of requests on March 7, 2011.

6. After reviewing these responses, the Plaintiffs believe that there are a number of deficiencies which will require the Parties to meet and confer and may require additional written discovery and/or discovery motions. Additionally, the Parties have not yet been able to set depositions which will require Plaintiffs' counsel to travel to England and/or the Defendants to travel to the United States.

**B. Previous Time Modifications**

7. Previously the Parties stipulated and the Court allowed an extension of time to complete the ENE conference from October 14, 2010 to November 13, 2010 (ECF No. 32), as well as an extension of discovery deadlines (ECF No. 38).

**C Requested Modifications**

8. The Parties request a 90-day extension on all deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut Off | 3/31/11 | 6/30/11 |
| Experts Named | 3/31/11 | 6/30/11 |
| Rebuttal Experts Named | 4/14/11 | 7/14/11 |

| Expert Discovery Cutoff | 5/6/11 | 8/5/11 |
|---|---|---|
| Joint Statement Due | 5/6/11 | 8/5/11 |
| Dispositive Motion Due | 5/11/11 | 8/10/11 |
| Further Status Conference | 5/13/11 | 8/12/11 |
| Meet and Confer | 7/5/11 | 10/3/11 |
| PreTrial Conference | 8/9/11 | 11/7/11 |
| Trial Date | 8/22/11 | 11/21/11 |

Dated: March 9, 2011
                                              s/ Marc Randazza
                                              Marc J. Randazza
                                              Attorney for Plaintiffs

Dated: March 9, 2011
                                              s/ Jonathan Capp
                                              Jonathan Capp
                                              Attorney for Defendants

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: March ____, 2011                           _____
                                              Maxine M. Chesney
                                              U.S. District Judge

STIPULATED REQUEST TO EXTEND TIME
C-10-1282 (MMC)

### Certificate of Service

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on March 9, 2011, which automatically sent notice to the Parties' counsel of record.

Dated: March 9, 2011                          Respectfully submitted,

                                              s/ Marc Randazza
                                              Marc J. Randazza, SBN 269535
                                              Randazza Legal Group
                                              3969 Fourth Avenue, Suite 204
                                              San Diego, CA 92103
                                              888-667-1113
                                              305-437-7662 (fax)
                                              mjr@randazza.com