IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., et al., | No. C-10-1282 MMC |
|     Plaintiff, | **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| v. | |
| GLBT, LTD., et al., | |
|     Defendants. / | |

    Before the Court is the parties' "Stipulated Request for Order Changing Time Pursuant to Local Rule 6-2," filed March 9, 2011, by which request the parties seek an order extending the remaining deadlines and dates by ninety days.

    Having read and considered the request, and good cause appearing for the requested extensions, the request is hereby GRANTED, and the remaining deadlines and dates are extended as follows:[1]

| | |
|---|---|
| Close of Fact Discovery | June 30, 2011 |
| Deadline to Disclose Experts | June 30, 2011 |
| Deadline to Disclose Rebuttal Experts | July 14, 2011 |
| Close of Expert Discovery | August 5, 2011 |
| Deadline to File Dispositive Motions | August 12, 2011 |

---

[1] The parties' requested trial date of November 21, 2011 is unavailable.

| | |
|---|---|
| Deadline to File Status Conference Statement | August 19, 2011 |
| Further Status Conference | August 26, 2011 |
| Meet and Confer | October 11, 2011 |
| Pretrial Conference | November 15, 2011 |
| Trial Date | November 28, 2011 |

**IT IS SO ORDERED.**

Dated: March 23, 2011

_____
MAXINE M. CHESNEY
United States District Judge