IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC., et al.,

        Plaintiffs,

  v.

GLBT, LTD., et al.,

        Defendants.
                                           /

No. C 10-1282 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

        Pursuant to Civil Local Rule 72-1, defendants' Motion for a Protective Order, filed April 20, 2011, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

        The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

        The May 20, 2011 hearing before the undersigned is VACATED.

        **IT IS SO ORDERED**.

Dated: April 21, 2011

                                              MAXINE M. CHESNEY
                                              United States District Judge