UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, | No. C-10-01282 MMC (DMR) |
| Plaintiffs, | **ORDER TO MEET AND CONFER RE DISCOVERY DISPUTES** |
| v. | |
| GLBT LTD, | |
| Defendants. | |

The Court is in receipt of the parties' joint letter regarding their discovery disputes, which addresses five separate issues. *See* Docket No. 50. It appears that issue 2 is moot. Further, it appears that the parties did not adequately meet and confer regarding issues 3-5. Therefore, the parties are ordered to meet and confer and to submit a joint letter in accordance with this Court's Order Regarding Resolution of Discovery Disputes (Docket No. 49), including providing each party's final proposed compromise with respect to the remaining issues, by **no later than May 20, 2011**. The Court will set a hearing on issue 1 and any remaining discovery disputes after receipt of the joint letter.

IT IS SO ORDERED.

Dated: May 10, 2011

DONNA M. RYU
United States Magistrate Judge