United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP INC,

        Plaintiffs,

    v.

GLBT LTD,

        Defendants.
_____/

No. C-10-01282 MMC (DMR)

**ORDER TO SUBMIT ADDITIONAL INFORMATION REGARDING DISCOVERY DISPUTES**

    The Court is in receipt of the parties' second joint letter regarding their discovery disputes, which addresses three separate unresolved issues. *See* Docket No. 52. The Court orders the parties to submit additional information regarding their disputes as set forth below.

    By no later than June 3, 2011, Defendants shall file an updated letter from Defendant David Compton's treating physician that sets forth in sufficient detail any current limitations on Mr. Compton's ability to travel and/or participate in a deposition, as well as the nature, extent, and duration of any such limitations. No further briefing or argument on the issue of the location of the depositions shall be submitted.

    The parties are ordered to further meet and confer and to provide additional briefing in the form of **one joint letter that is no longer than 10 pages by no later than June 3, 2011**, addressing unresolved issues 3 and 4, as follows:

Unresolved issue 3: to the extent that Request for Production Nos. 7, 9, and 11 seek documents that identify and contain confidential information about third parties, Plaintiffs shall address the relevance of the requested documents/information and provide support for their position that they are entitled to the production of such documents/information.  Defendants shall specify which provisions of British privacy laws, including the Data Protection Act, they contend apply to the specific information sought by the requests and shall provide legal support for their application to this litigation.  Plaintiffs shall provide a response to Defendants' position that the information is protected from disclosure by the privacy law(s) specified by Defendants as described above.

Unresolved issue 4: the parties have not submitted adequate information to enable the Court to evaluate the issue.  Therefore, in accordance with this Court's Order Regarding Resolution of Discovery Disputes (Docket No. 49), the parties shall meet and confer regarding each of the remaining Requests for Production that are in dispute and describe any remaining issues in the joint letter, including providing each party's final proposed compromise with respect to the remaining issues.

IT IS SO ORDERED.

Dated:  May 26, 2011

DONNA M. RYU
United States Magistrate Judge

2