| | |
|---|---|
| 1 | GILL SPERLEIN (172887) |
| 2 | THE LAW OFFICE OF GILL SPERLEIN |
| | 584 Castro Street, Suite 879 |
| 3 | San Francisco, California  94114 |
| | Telephone: (415) 404-6615 |
| 4 | Facsimile: (415) 404-6616 |
| 5 | gill@sperleinlaw.com |
| 6 | MARC JOHN RANDAZA (269535) |
| | RANDAZZA LEGAL GROUP |
| 7 | 10620 Southern Highlands Pkwy #110-454 |
| | Las Vegas, NV 89141 |
| 8 | Telephone: (888) 667-1113 |
| 9 | Facsimile: (305) 437-7662 |
| | mjr@randazza.com |
| 10 | |
| 11 | Attorneys for Plaintiffs, |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation, | ) ) ) ) ) ) | **CASE NO.:  C-10-1282 (JCS)** |
| Plaintiffs, | ) ) ) ) | **NOTICE OF CHANGE OF ADDRESS OF MARC RANDAZZA** |
| vs. | ) | |
| GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

-1-

Please be advised that the address for Plaintiffs' attorney, Marc J. Randazza, has changed to:

   10620 Southern Highlands Pkwy #110-454
   Las Vegas, NV 89141.

Dated: July 6, 2011　　　　　　　　　by:　　s/ Marc Randazza
                                                         MARC J. RANDAZZA
                                                         Counsel for Plaintiffs

NOTICE OF CHANGE OF ADDRESS
OF MARC J. RANDAZZA

**Certificate of Service**

I hereby certify that the foregoing document was filed electronically using this Court's CM/ECF system on July 6, 2011, which sent notice to all parties' counsel of record.

Dated: July 6, 2011                    Respectfully submitted,

                                       s/ Marc Randazza
                                       Marc J. Randazza, SBN 269535
                                       Randazza Legal Group
                                       10620 Southern Highlands Parkway #110-454
                                       Las Vegas, NV 89141
                                       888-667-1113, 305-437-7662 (fax)
                                       mjr@randazza.com