UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, | No. C-10-01282 MMC (DMR) |
| Plaintiffs, | **ORDER TO FILE ADDITIONAL INFORMATION RE JOINT DISCOVERY LETTER** |
| v. | |
| GLBT LTD, | |
| Defendants. | |

The Court is in receipt of the parties' July 6, 2011 joint discovery letter. [Docket No. 65.] By no later than **July 22, 2011**, Defendant GLBT, Ltd. is ordered to e-file a scanned, unedited copy of Plaintiffs' original responses to the interrogatories at issue in the letter, including all general objections.

IT IS SO ORDERED.

Dated: July 19, 2011

DONNA M. RYU
United States Magistrate Judge