# EXHIBIT I

D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZA (269535)
Liberty Media Holdings, LLC
10620 Southern Highlands Pkwy., Ste 110-454
Las Vegas NV 89141
Tel: (888) 667-1113
Fax: (305) 437-7662
marc@corbinfisher.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation, <br><br>   Plaintiffs, <br><br>                vs. <br><br> GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom. <br><br>   Defendants. | CASE NO.: C-10-1282 (MMC)(DMR) <br><br> STIPULATION |

-1-

STIPULATED PROTECTIVE ORDER
C-10-1282 (MMC)(DMR)

WHEREAS Counsel for the Parties have a disagreement as to how to implement the order of Magistrate Judge Ryu regarding Plaintiffs' payment of Defendants' reasonable costs associated with attending their depositions in San Diego;

WHEREAS the Counsel for the Parties reached a compromise position;

IT IS HEREBY STIPULATED

- Plaintiffs will wire $6,500 into Defense Counsel's Attorney Client Trust Account;
- After the depositions are complete, Defense Counsel will present an expense report and request for payment to Plaintiffs' Counsel;
- If there is a disagreement as to the reasonableness of the request, the parties will meet and confer on the reasonableness of Defendants' request;
- If the Parties are unable to reach a consensus on a reasonable amount, the Parties will submit the matter to the Court;
- Defense Counsel will not disperse any funds to his clients until he obtains a signed stipulation from Plaintiff's counsel on the reasonableness of the amount or a Court Order instructing him to release the funds;
- The amount placed in trust shall not be considered as an indication or agreement of what amount is "reasonable";
- The parties stipulate that Defendants have already purchased plane tickets or hotel reservations or that they will do so without any delay.  The parties stipulate that on June 22, 2011, the Plaintiffs provided the Defendants with itineraries costing $4,777 for hotel and flight, and a separate itinerary costing $3,239.68 for airfare only.  The Plaintiffs stipulate that these are "reasonable" expenses.  However, the parties stipulate

that if the Defendants have not yet secured travel arrangements or if they continue to delay doing so, the added expenses attributable to the delay shall not be included in the amount determined to be "Reasonable."

- This Stipulation shall be filed with the Court.

- Plaintiffs reserve the right to request of the Judge that, in the event of monetary sanctions or a monetary award in this case, that the funds be retained and repaid as an offset to such an award.  However, this shall only be done if by stipulated agreement between the parties, signed by both parties (or their attorneys) or if endorsed by the Judge after an unsuccessful meet and confer between the parties.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

*/s/ D. Gill Sperlein*

DATED:   6/23/2011          By: _____
                                                  D. Gill Sperlein
                                                  THE LAW OFFICE OF D. GILL SPERLEIN

*/s/ Marc Randazza*

DATED:  6/23/2011          By: _____
                                                  Marc J. Randazza
                                                  General Counsel, Liberty Media Holdings, LLC

                                                  Attorneys for Plaintiffs

*/s/ Jonathan Capp*

DATED:   6/23/2011          By: _____
                                                    Jonathan Capp
                                                  Attorney for Defendants