D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZZA (269535)
Liberty Media Holdings, LLC, General Counsel
10620 Southern Highlands Pkwy. #110-454
Las Vegas, Nevada 89141
Telephone: (888) 667-1113
Facsimile: (305) 437.7662
marc@corbinfisher.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,<br><br>    Plaintiffs,<br>vs.<br><br>GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.<br><br>    Defendants. | CASE NO.:  C-10-1282 (MMC)(DMR)<br><br>**DECLARATION OF MARC J RANDAZZA IN SUPPORT OF PLAINTIFFS' MOTION TO CONTINUE**<br><br>Date:    August 25, 2011<br>Time:   11:00 a.m.<br>Location: Ct Rm 4, 3rd Fl.<br>Judge:  Hon. Donna M. Ryu<br><br>Trial Date:  November 28, 2011 |

-1-

I, Marc J. Randazza, declare:

1. I am a member of the State Bars of California, Arizona, Florida, and Massachusetts and the bar of this Court. I am attorney of record in this matter and General Counsel to Liberty Media Holdings, LLC.

2. Plaintiff's Motion for Terminating Sanctions and Defendants retaliatory Motion for Sanctions are currently scheduled for oral argument on August 25, 2011.

3. I am newly admitted to the Arizona Bar. I have been informed that I must attend a mandatory CLE on professionalism on August 25, 2011 or suffer the penalty of suspension from the practice of law in that state. This would not only affect my standing in that jurisdiction, but in the District of Arizona, where I have pending litigation.

4. I have a hearing in a New York matter pending for September 15, 2011 for which personal appearance is required.

5. I am currently holding my calendar open for the following Thursdays September 22nd and 29th and October 6th.

6. When I contacted opposing counsel to request Defendants stipulation to this Motion for Continuance, Mr. Capp said that he would not because his clients "would not do any favors for Marc Randazza." He did not indicate that the requests conflicted with other events on his calendar except to say he could not attend on September 11th.

7. In the past, in particular in February and March of 2011, when Mr. Capp requested extensions and courtesies, Mr. Sperlein and I granted them to him without reservation.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

| | |
|---|---|
| Dated: August 8, 2011 | Respectfully submitted,<br><br>*/s/ Marc J. Randazza*<br><br>MARC JOHN RANDAZZA (269535)<br>Liberty Media Holdings, LLC, General Counsel |

-3-

RANDAZZA DECLARATION
C-10-1282 (MMC)(DRM)