**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, et al., | No. C-10-01282 MMC (DMR) |
| Plaintiffs, | **ORDER TO SUBMIT ADDITIONAL INFORMATION REGARDING MOTION FOR TERMINATING SANCTIONS** |
| v. | |
| GLBT LTD, et al., | |
| Defendants. | |

The court is in receipt of Plaintiffs' Motion for Terminating Sanctions for Spoliation of Evidence. [Docket No 63.] The court orders Defendant GLBT Ltd. to submit additional information regarding the motion as set forth below.

By no later than **September 14, 2011,** Defendant GLBT Ltd. shall e-file a real example of a "DMCA takedown notice" submitted to one of Defendants' websites regarding a posting and the corresponding automated e-mail notifying the user that the posting has been or will be removed. *See* D. Compton Dep. 59:16-60:10, June 29, 2011.

IT IS SO ORDERED.

Dated: September 9, 2011

DONNA M. RYU
United States Magistrate Judge