UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, et al., | No. C-10-01282 DMR |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| GLBT LTD, et al., | |
| Defendants. | |

On September 9, 2011, the court issued an order for Defendant GLBT Ltd. to submit additional information regarding Plaintiffs' Motion for Terminating Sanctions for Spoliation of Evidence by no later than September 14, 2011.  [Docket No. 107.]  To date, Defendant GLBT Ltd. has not complied with the order.

**By no later than 12:00 p.m. on Wednesday, September 21, 2011**, Defendant GLBT Ltd. shall show cause in writing why it should not be sanctioned for its failure to comply with the September 9, 2011 order.  Defendant GLBT Ltd. shall also e-file a real example of a "DMCA takedown notice" submitted to one of Defendants' websites (gayforit.com, jerkyourtube.com, and itsallgay.com) regarding a posting and the corresponding automated e-mail notifying the user that the posting has been or will be removed **by no later than 12:00 p.m. on September 21, 2011.**  *See* D. Compton Dep. 59:16-60:10, June 29, 2011.

IT IS SO ORDERED.

Dated:  September 19, 2011

DONNA M. RYU
United States Magistrate Judge