United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, et al., | No. C-10-01282 DMR |
| Plaintiffs, | **ORDER TO SUBMIT ADDITIONAL INFORMATION REGARDING PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS** |
| v. | |
| GLBT LTD, et al., | |
| Defendants. | |

The court is in receipt of Plaintiffs' Motion for Terminating Sanctions for Spoliation of Evidence. [Docket No 63.]   The court orders Defendants Mash and New Ltd., Port 80 Ltd., Steven Compton, and David Compton to submit additional information regarding the motion as follows: **by no later than 12:00 p.m. on Wednesday, September 21, 2011**, Defendants Mash and New Ltd., Port 80 Ltd., Steven Compton, and David Compton shall e-file a real example of a "DMCA takedown notice" submitted to one of Defendants' websites (gayforit.com, jerkyourtube.com, and itsallgay.com) regarding a posting and the corresponding automated e-mail notifying the user that the posting has been or will be removed.   *See* D. Compton Dep. 59:16-60:10, June 29, 2011. Failure to comply with this order will result in sanctions.

IT IS SO ORDERED.

Dated: September 19, 2011

DONNA M. RYU
United States Magistrate Judge