1  GILL SPERLEIN (172887)
2  THE LAW OFFICE OF GILL SPERLEIN
   584 Castro Street, Suite 879
3  San Francisco, California  94114
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
5  gill@sperleinlaw.com

6  MARC JOHN RANDAZZA (269535)
   RANDAZZA LEGAL GROUP
7  10620 Southern Highlands Parkway, 110-454
8  Las Vegas, NV 89141
   Telephone: 888-667-1113
9  Facsimile: 305-437-7662 (fax)
   MJR@randazza.com
10

11  Attorneys for Plaintiffs,

12                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
14

15  IO GROUP, INC., a California corporation,    ) CASE NO.:  C-10-1282 (MMC)
16  CHANNEL ONE RELEASING, Inc., a              )
    California corporation and LIBERTY          )
17  MEDIA HOLDINGS, LLC., a California          ) DECLARATION OF D. GILL SPERLEIN IN
    corporation,                                ) SUPPORT OF AWARD OF FEES
18                                              ) RELATING TO PLAINTIFFS MOTION FOR
                                                ) TERMINATING SANCTIONS
19                                              )
20      Plaintiffs,                             )
                                                )
21              vs.                             )
    GLBT, Ltd., a British limited company,     )
22  MASH and NEW, Ltd., a British limited      )
    company, PORT 80, Ltd., a company of       )
23  unknown origin or structure, STEVEN        )
24  JOHN COMPTON, an individual living in      )
    the United Kingdom, and DAVID              )
25  GRAHAM COMPTON, an individual              )
    living in the United Kingdom.              )
26                                              )
27      Defendants.                            )

28

                                1

I, D. Gill Sperlein, declare under penalty of perjury that:

1.    I am over the age of 18 and am a resident of the State of California.

2.    I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3.    I represent Plaintiffs Io Group, Inc. and Channel One Releasing, Inc.

4.    I have built a reputation and career on my specific experiences relating to litigation involving copyright infringement via the Internet and have specific qualifications relating to such litigation.

5.    I graduated *summa cum laude* from American University, Washington School of Law in 1994.

6.    For the last two years, I have practiced as a sole practitioner.  For the eight years prior to that, I served as in house counsel to Io Group, Inc. concentrating on copyright enforcement litigation.  Prior to that I worked in a number of different litigation law firms.

7.    My hourly billing rate is $335.00, which is a reasonable rate for an attorney of my experience and caliber.

8.    I spent 32 hours working with the items relating to the Motion for Spoliation and Terminating sanctions as set forth in detail below.

9.    Accordingly, my fees for this time would come to $10,720.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: September 29, 2011                              */s/ D. Gill Sperlein*

_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorneys for Plaintiffs

2

| Date | Plaintiff's Motion for Terminating Sanctions | Hours |
|------|-----------------------------------------------|-------|
| 7/3/2011 | Prepare brief for terminating sanctions. | 2 |
| 7/4/2011 | Prepare brief for terminating sanctions. | 3.9 |
| 7/5/2011 | Complete motion for terminating sanctions and prep for filing. | 4.1 |
| 7/25/2011 | Prepare reply to Opposition re Motion for Sanctions. | 6.3 |
| 7/26/2011 | Prepare reply to Opposition re Motion for Sanctions. | 5.4 |
| 7/27/2011 | Prepare Reply to Opposition re Motion for Sanctions and file. | 9.3 |
| 9/21/2011 | Confer with M. Randazza in preparation for motion hearing. | 0.6 |
| 9/22/2011 | Prepare for, travel to and attend Motion for Terminating Sanctions. | 0.4 |
| | TOTAL | 32 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28