UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, et al., | No. C-10-1282 MMC (DMR) |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS** |
| v. | |
| GLBT LTD, et al., | |
| Defendants. _____/ | |

Defendants moved for sanctions pursuant to Federal Rule of Civil Procedure 37. [Docket No. 73.] The court conducted a hearing on September 22, 2011. No representative for Defendants appeared. Therefore, Defendants' motion is DENIED as abandoned.

IT IS SO ORDERED.

Dated: October 19, 2011

_____
DONNA M. RYU
United States Magistrate Judge