GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZZA (269535)
RANDAZZA LEGAL GROUP
10620 Southern Highlands Parkway, 110-454
Las Vegas, NV 89141
Telephone: 888-667-1113
Facsimile: 305-437-7662 (fax)
MJR@randazza.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.<br><br>Defendants. | CASE NO.: C-10-1282 (MMC)<br><br>PROOF OF SERVICE OF ECF 123 (ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR ORGER FINDING DEFENDANTS IN CONTEMPT; VACATING OCTOBER 14, 2011 HEARING) UPON KEY-SYSTEMS, USA, INC. |

| RETURN OF SERVICE | |
|---|---|
| State of: California | Court: United States District Court For Northern District of California |
| County of: | Court Case #: C10-1282 MMC |
| | Court Date: |
| | Issued Date: 10/12/2011 |
| Plaintiff: IO Group, Inc., et al. | Our Case #: A1966-15 |
| | Client's ref #: IO Group, Inc. v. GLBT, Ltd / C10-1282 MMC |
| Defendant: GLBT, Ltd., et al. | |
| For: Erika Dillon Liberty Media Holdings, LLC 10620 Southern Highlands Parkway # 110-454 Las Vegas, NV 89141 | |

Received by Counter Intelligence Services on the 13th day of October 2011 to be served on **served to Key-Systems USA, Inc. -**, located at 508 E Market ST Leesburg VA 20175.

I, Beni D'Agostino, duty sworn, declare that on the 13th day of October 2011 at 4:10 PM, **I SERVED** the within named corporation by delivering this paper of process **Order Granting in Part Plaintiff's Motion for Order Finding Defendants in Contempt; Vacating October 14th, 2011 Hearing** and leaving a copy with <u>Brandon Flannegan as office personnel</u> and informed same of the contents within.

SERVED: 1) A Court Order, 2) a GLBT Order, 3) a Motion and 4) a Letter from the Law Firm. The business (Key-Systems) moved from their address to a new address at (508 E Market ST Leesburg VA 20175). There office is located in the Long & Foster building on second floor; there is no suite # and it appears they recently moved in. I noticed construction going on, boxes, & construction debris everywhere. Paper served to : Brandon Flannegan at his desk, 25-35 in age, approx. 210-230 lbs.

I certify that I am over the age of 18, have no interest in the above case and endorse the date and time of said service.

Beni D'Agostino
Lic#:
Proccess Server

Counter Intelligence Services
9 SW 13th Street Second Floor
Fort Lauderdale, FL 33315
954-764-7393

NOTARY PUBLIC   (Signature & Seal)

Subscribed and Sworn to, before me on
13th day of October 2011

☑ Personally Known
☐ Provided ID_____

[Notary Seal: MARGARITA ZULKA, NOTARY PUBLIC, REG # 7061315, MY COMMISSION EXPIRES 2/28/2015, COMMONWEALTH OF VIRGINIA]

Copyright © 2006 - 2011, Virtual Case Management, LLC

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on October 19, 2011.

Date: October 19, 2011.

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Road #102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com