IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., et al., | No. C-10-1282 MMC |
| Plaintiff, | **ORDER RE: LETTER FROM DEFENDANTS DAVID COMPTON AND STEVEN COMPTON** |
| v. | |
| GLBT, LTD., et al., | |
| Defendants. / | |

The Court is in receipt of a letter authored by defendants David Compton and Steven Compton and filed concurrently herewith, in which said defendants state counsel of record, Jonathan Capp, has been acting without their authority since September 5, 2011.[1]

To date, there has been no motion to withdraw filed by counsel of record, or a motion to substitute filed by defendants.[2]

//

---

[1] The letter makes no reference to the corporate defendants, specifically, GLBT, Ltd., Mash and New, Ltd., Port 80, Ltd. Defendants are hereby advised that a corporate defendant may not appear in court without counsel. See United States v. High Country Broadcasting Company, Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming entry of default judgment against corporation where corporation failed to retain counsel).

[2] Defendants are further advised that the Court does not act on matters raised by letter. The Local Rules of this District require "[a]ny written request to the Court for an order" must be presented by a motion or a stipulation between all affected parties. See Civil L.R. 7-1.

Accordingly, unless and until an order substituting counsel is granted, either upon noticed motion, see Civil L.R. 11-5, or stipulation, see Civil L.R. 7-12, Jonathan Capp remains as counsel of record for defendants.

**IT IS SO ORDERED.**

Dated: October 21, 2011

MAXINE M. CHESNEY
United States District Judge