D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZZA (269535)
Liberty Media Holdings, LLC, General Counsel
10620 Southern Highlands Pkwy. #110-454
Las Vegas, Nevada 89141
Telephone: (888) 667-1113
Facsimile: (305) 437.7662
marc@corbinfisher.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,<br><br>    Plaintiffs,<br>vs.<br><br>GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.<br><br>    Defendants. | CASE NO.:  C-10-1282 (MMC)(DMR)<br><br>**DECLARATION OF MARC RANDAZZA IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDATS' COUNSEL JONATHAN CAPP**<br><br>Date:    December 9, 2011<br>Time:    9:00 a.m.<br>Location: Ct Rm 7, 19th Floor |

-1-

I, Marc Randazza, declare:

1. I am a member of the State Bars of California, Massachusetts, Florida, Arizona and the bar of this Court. I am the attorney of record in this matter. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

2. On Friday October 21, 2011, my co counsel Gill Sperlein on the line, I telephoned Jonathan Capp and left a voice message explaining that we wished to discuss the implications of the letter filed by his client the previous day. We requested that Mr. Capp return our call immediately. He did not respond until October 27, 2011. Even then, he merely said he was going to move to withdraw and was discussing how best to do that with his clients. As of the filing of this motion, Mr. Capp has yet to file a motion to withdraw.

3. At numerous times as the case proceeded, whenever counsel engaged in discussions relating to the merits, Mr. Capp inevitably returned to an argument that his clients could simply default because even if plaintiffs get a judgment they would not be able to collect any judgment against his clients as they live in Great Britain and Malta. On multiple occasions, Mr. Capp indicated that because (in his opinion) Plaintiffs would not be able to collect on a judgment, his clients might "just default."

4. On one occasion, he put part of that sentiment in an e-mail, writing that European courts would not enforce what he called "US style punitive damages."

5. On several occasions since Mr. Capp filed the "Notice of non-participation," either Mr. Sperlein or I have sought further clarification. Each time, Mr. Capp has simply

repeated the statement that his clients have told him not to participate anymore and that he cannot say anything else.

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated:  October 31, 2011            Respectfully submitted,

*/s/ Marc J. Randazza*

_____
Marc J. Randazza
Attorney for Plaintiff Liberty Media Holdings, LLC