1  Jonathan Charles Capp (177585)
2  4317 Silver Spring Way
   Oceanside, CA 92057
3  Tel. (760) 231 6498
4  Fax. (760) 231 6272
   Email: jonccapp@cox.net
5
6  *Attorney for Defendants*

7

8              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
9                 **SAN FRANCISCO DIVISION**
10

| | |
|---|---|
| 11  10 GROUP, INC., a California corporation; CHANNEL ONE RELEASING, INC., a California corporation; and LIBERTY MEDIA HOLDINGS, LLC, a California corporation, | Case No. CV-10-1282 MMC |
| 16  Plaintiffs, | **[PROPOSED] ORDER ON MOTION TO WITHDRAW AS ATTORNEY FO RECORD; [L.R. 11-5]** |
| 17  vs. | Complaint filed: March 26, 2010 Judge: Honorable Maxine M. Chesney |
| 18  GLBT, Ltd, a British limited company; et al. | |
| 21  Defendants. | |

22

23                      [PROPOSED] ORDER

24      Upon consideration of the papers submitted, and any oral argument, and good cause

25  existing therefore:

       IT IS ORDERED
26
       1.  That JONATHAN CHARLES CAPP is relieved as attorney of record for all
27
           Defendants in this matter;
28
       2.  _____

1

_____

2

_____.

3

Dated: _____, 2011

4

5

6

_____

JUDGE OF THE US DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28