**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IO GROUP, INC., et al.,                      No. C-10-1282 MMC

12          Plaintiff,                            **ORDER DENYING IN PART WITHOUT**
                                                  **PREJUDICE AND REFERRING IN PART**
13     v.                                         **PLAINTIFFS' MOTION FOR SANCTIONS**
                                                  **AGAINST DEFENDANTS' COUNSEL**
14   GLBT, LTD., et al.,                          **JONATHAN CAPP; VACATING**
                                                  **DECEMBER 9, 2011 HEARING**
15          Defendants.
                                    /
16

17          Before the Court is plaintiffs' "Motion for Sanctions against Defendants' Counsel

18   Jonathan Capp," filed October 31, 2011.  Having read and considered the motion, the Court

19   rules as follows:

20          1.  To the extent the motion seeks an order finding defendants' counsel is jointly and

21   severally liable for the award of sanctions previously issued by Magistrate Judge Donna

22   Ryu, the motion is hereby DENIED without prejudice to plaintiffs' filing, for consideration by

23   Magistrate Judge Ryu, a motion for leave to file a motion for reconsideration.  See Civil L.R.

24   7-9(b) (providing motion for leave to file motion for reconsideration must be based on one

25   of three specific circumstances, one of which is "emergence of new material facts . . .

26   occurring after the time of [the] order").

27          2.  To the extent the motion seeks an order finding defendants' counsel is liable for

28   sanctions pursuant to 28 U.S.C. § 1927, the motion is hereby REFERRED to Magistrate

1  Judge Ryu for heard and determined pursuant to 28 U.S.C. § 636(b).

2      3.  The December 9, 2011 hearing scheduled before the undersigned is VACATED.

3      **IT IS SO ORDERED.**

4

5  Dated:  November 2, 2011

_____
MAXINE M. CHESNEY
6                                          United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28