Jonathan Charles Capp (177585)
4317 Silver Spring Way
Oceanside, CA 92057
Tel. (760) 231 6498
Fax. (760) 231 6272
Email: jonccapp@cox.net

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 GROUP, INC., a California corporation; CHANNEL ONE RELEASING, INC., a California corporation; and LIBERTY MEDIA HOLDINGS, LLC, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GLBT, Ltd, a British limited company; et al.<br><br>Defendants. | Case No. CV-10-1282 MMC<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY FO RECORD; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JONATHAN CAPP; CERTIFICATE OF SERVICE. [L.R. 11-5]**<br><br>Date: Dec 23, 2011<br>Time: 9.00 am<br>Place: Courtroom 7, 19th Floor, San Francisco Court.<br>Judge: Honorable Maxine M. Chesney<br><br>Complaint filed: March 26, 2010 |

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES PLEASE TAKE NOTICE that attorney of record for all Defendants JONATHAN C. CAPP Esq. on December 23, 2011, at 9.00 am, in Courtroom 7, 19th Floor, San Francisco Court hereby moves, this court for permission to withdraw as attorney of record for all Defendants in this case pursuant to Local Rule 11-5 (a).

This motion is based on the fact that Defendants no longer wish to be represented in this matter by anyone, let alone Mr. Capp, are no longer paying Mr. Capp, and are no longer instructing Mr. Capp.

This motion is based upon this notice of motion, the accompanying Memorandum of Points and authorities, and the attached declaration of Jonathan C. Capp and any oral argument that may be permitted.

Dated: November 4, 2011

    ___/s/Jonathan C. Capp_____

Jonathan Charles Capp, attorney for Defendants

### JONATHAN C. CAPP's MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

JONATHAN CHARLES CAPP asks this Court to allow him to withdraw as attorney of record for all Defendants in this matter.

#### A. Introduction

Plaintiffs have sued Defendants for, inter alia, copyright infringement. Defendants no longer wish to participate in this matter and in fact have been held in contempt by this court. As they no longer wish to participate in this action and thus no longer wish to be represented in this matter. Defendants have instructed JONATHAN C. CAPP to no longer participate in this matter and have instructed him to withdraw as counsel, as Mr. Capp wishes to do so.

#### B. Argument

There is good cause for this Court to grant the motion to withdraw because Defendants no longer want any attorney to represent them, certainly will not pay any attorney and wish their current counsel to come off the record. Furthermore, it is unfair to Mr. Capp that he remain as counsel of record n this instance.

Local Rule 11-5 which governs the withdrawal of attorneys in this District provides as follows

**11-5. Withdrawal from Case**

(a) **Order Permitting Withdrawal**. Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.

(b) **Conditional Withdrawal**. When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes (or on the Clerk, if the Court so directs), unless and until the client appears by other counsel or pro se. When this condition is imposed, counsel must notify the party of this condition. Any filed consent by the party to counsel"s withdrawal under these circumstances must include acknowledgment of this condition.

JONATHAN C. CAPP has discussed this matter with his clients by telephone and by email and has also emailed opposing counsel asking them to make their position clear. So far although opposing counsel have tried to telephone Mr. Capp, they have not responded to his email, except as noted as follows. See Capp declaration. Instead of responding to Mr. Capp's email (Capp.dec Ex. A) opposing counsel have just now filed a wholly baseless sanctions motion.

Mr. Capp thus submits that written notice has been given reasonably in advance and in any event this motion constitutes written notice of his intention to withdraw. Mr. Capp will of course comply with any conditions on withdrawal that the court may make pursuant to Local Rule 11-5 (b).

Mr. Capp has also served Defendants as best as he can by emailing them the moving papers. As stated in his attached declaration Mr. Capp does not know their physical address and has always communicated with Defendants by email. He has thus emailed Defendants at their most recent email address.

C. Conclusion

For these reasons, Jonathan Charles Capp asks this Court to grant his motion to withdraw as attorney of record for Defendants.

Respectfully submitted:

Dated: 4th November, 2011

                                                 __/s/Jonathan C. Capp_____

                                                 Jonathan Charles Capp, attorney for Defendants

NOTICE OF MOTION TO WITHDRAW AS COUNSEL  
Case No. CV-10-1282-MMC                -4-