D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California  94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZA (269535)
RANDAZZA LEGAL GROUP
10620 Southern Highlands Parkway, 110-454
Las Vegas, NV  89141
Telephone: (888) 667-1113
Facsimile: (305) 437-7662
MJR@randazza.com

Attorneys for Plaintiffs,

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,<br><br>     Plaintiffs,<br><br>          vs.<br><br>GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.<br><br>     Defendants. | **CASE NO.:  C-10-1282 (MMC) (JCS)**<br><br>**NOTIFICATION OF CHANGE OF ADDRESS** |

-1-

NOTICE IS HEREBY GIVEN that effective November 10, 2011, The Law Office of D. Gill Sperlein has relocated his office.  This notice is sent to you to advise you that the new address to which all correspondence, as well as copies of all pleadings, notices and other papers, should be sent to:

    The Law Office of D. Gill Sperlein

    345 Grove Street

    San Francisco, CA  94102

    Tel: 415-404-6615 / Fax: 415-404-6616

Please note that the telephone and facsimile numbers have not changed.

Dated:  November 10, 2011

    */s/ D. Gill Sperlein*
    D. GILL SPERLEIN
    THE LAW OFFICE OF D. GILL SPERLEIN
    Attorney for Plaintiffs