IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>GLBT, LTD., et al.,<br><br>    Defendants. | No. C-10-1282 MMC<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO STAY DEADLINE FOR FILING SUMMARY JUDGMENT MOTION; EXTENDING DEADLINE TO FILE SUMMARY JUDGMENT MOTION** |

Before the Court is plaintiffs' Administrative Motion, filed November 23, 2011, by which motion plaintiffs seek an order vacating the November 28, 2011 deadline to file a motion for summary judgment and thereafter resetting the deadline after the Court has ruled on defendants' counsel's motion to withdraw. Defendants have not filed a response.

Having read and considered plaintiff's administrative motion, and good cause appearing therefor, the Court hereby GRANTS the motion. Further, in light of the Court's having granted, by order filed concurrently herewith, counsel's motion to withdraw, the Court hereby EXTENDS the deadline to file a motion for summary judgment to February 3, 2012.

**IT IS SO ORDERED.**

Dated: December 2, 2011

MAXINE M. CHESNEY
United States District Judge