IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC., et al.,

    Plaintiff,

v.

GLBT, LTD., et al.,

    Defendants.

No. C-10-1282 MMC

**ORDER DIRECTING CLERK TO ENTER DEFAULT OF CORPORATE DEFENDANTS**

By order filed December 2, 2011, the Court granted Jonathan Capp's motion to withdraw as attorney of record for defendants. In said order, the Court notified defendants GLBT, Ltd., Mash and New, Ltd., and Port 80, Ltd. that because they are corporate entities, they may not appear in court without counsel. The Court further directed the corporate defendants to cause new counsel to file a notice of appearance no later than December 30, 2011, and advised them that the failure to comply would result in entry of default as to any corporate defendant for which a notice of appearance had not been timely filed.

No corporate defendant has caused new counsel to file a notice of appearance. Accordingly, the Clerk is hereby DIRECTED to enter the default of defendants GLBT, Ltd., Mash and New, Ltd., and Port 80, Ltd.

**IT IS SO ORDERED.**

Dated: January 10, 2012

MAXINE M. CHESNEY
United States District Judge