IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> GLBT, LTD., et al., <br><br> Defendants. / | No. C-10-1282 MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of (1) plaintiffs' pending motion for summary judgment as to the individual defendants, (2) the Clerk's having entered the default of the corporate defendants, and (3) a court filing recently mailed to defendants having been returned as undeliverable, the Court hereby CONTINUES the Case Management Conference from February 10, 2012 to April 13, 2012, at 10:30 a.m.

A Case Management Statement shall be filed no later than April 6, 2012. In said Statement, plaintiffs shall include a proposal for addressing plaintiffs' claims against the corporate defendants, who, as noted, are in default, and for addressing whatever issues remain as to the individual defendants following the Court's ruling on the above-referenced motion for summary judgment.

**IT IS SO ORDERED.**

Dated: February 6, 2012

MAXINE M. CHESNEY
United States District Judge