[Envelope image: USPS postage mailed 01/11/2012 from ZIP 94102, addressed to Richard W. Wieking, Clerk, U.S. District Court, Northern District of California. RECEIVED stamp: 2012 MAR 19 P 3:15. NIXIE label: "RETURN TO SENDER — ATTEMPTED — NOT KNOWN — UNABLE TO FORWARD". Yellow USPS sticker marked "GONE AWAY / DÉMÉNAGÉ". Handwritten notations: "MMC", "GB AWAY", date 2/1/12.]

