OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Royal Mail**

We're unable to deliver this item because

☐ addressee gone away
☑ address incomplete
☐ address inaccessible
☐ addressee unknown

☐ refused
☐ not called for
☐ no such address

date 14 FEB 2012 initials

P5960717&2543

RETURN TO SENDER
POUR ENLEVER DÉCHIREZ EN SUIVANT LES POINTILLÉS

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APR 20 2012

FILED

NIXIE          100 RN  CC 1            SENDER 01 04/16/12
BC: 9410236199    NOT DELIVERABLE  01  04/16/12
                  UNABLE TO
                  AS ADDRESSED
                  +0140-02602-07-36

RETURN TO SENDER
ADRESSE INSUFFISANTE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAGE

02 1M
0004285235
MAILED FROM ZIP CODE 94102

$ 01.05°

FEB 07 2012

PITNEY BOWES

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**Royal Mail**

We were unable to deliver this item because

- ☑ addressee gone away
- ☐ address incomplete
- ☐ address inaccessible
- ☐ addressee unknown

- ☐ refused
- ☐ not called for
- ☐ no such address

date 14 FEB 20 initials

P5964/0717/02543

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

APR 20 2012

F I L E D
APR 20 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mast and New Ltd.
Office 44
51 Princes Street
Southampton, Hampshire
SO14 2BT
United Kingdom,

POUR ENLEVER DÉCHIREZ EN SUIVANT LES POINTILLES

NIXIE
BC: 94102366199

NOT DELIVERABLE
UNABLE TO FORWARD

100 CC 1
RETURN TO SENDER
AS ADDRESSED
01 04/16/12

*0140-02602-07-35

UNITED STATES POSTAGE

PITNEY BOWES

$ 01.050

0002 1M
000428523S
MAILED FROM ZIP CODE 94102
FEB 07 2012

REMOVAL TEAR ALONG PERFORATION

RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
   ADRESSE INSUFFISANTE

☐ REFUSED
   REFUSE

☐ RETURN TO SENDER

☐ NO SUCH POST OFFICE
   BUREAU INEXISTANT

☐ NOT CALLED FOR
   NON RECLAME