

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Mash and New, Ltd.
Office 44
151 High Street
Southampton, Hampshire
SO14 2BT
United Kingdom

NIXIE           100    5C 1     01    05/10/12
       RETURN TO SENDER
       UNDELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 9410234899               *0540-03143-11-43

$ 00.98
JAN 11 2012
PITNEY BOWES