GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

MARC JOHN RANDAZA (269535)
General Counsel
10620 Southern Highlands Parkway #110-454
Las Vegas, NV 89141
Telephone: (619) 866-5975
Facsimile: (619) 866-5976
marc@corbinfisher.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom. <br><br> Defendants. | CASE NO.:  C-10-1282 (MMC)(DMR) <br><br> [PROPOSED] ORDER APPOINTING SCOTT RABER AS RECEIVER IN SUBSTITUTION FOR ANNE BRADLEY |

By Administrative Motion under Local Rule 7-11, Plaintiffs have moved the Court for an Order Appointing Scott Raber as Receiver in Substitution of Anne Bradley. Having read and considered Plaintiffs' moving papers and finding good cause the Court rules as follows:

The request to appoint a receiver is **GRANTED**. Scott Raber, whose business address is, Rimon, P.C., 220 Sansome Street, Suite 310, San Francisco, CA 94104 is **APPOINTED** as the Receiver. Lara Pearson is hereby authorized to assist Scott Raber in caring out his duties as receiver. The Receiver shall perform the following:

a. The Receiver shall promptly file his oath of Receiver with the Court, whereby he shall undertake fully and faithfully to perform his duties as Receiver;

b. The Receiver is authorized to collect and take immediate possession and control of the following domain name registrations:

Held by the previous receiver, Anne Bradley:

1. Gayforit.com

2. Jerkyourtube.com

3. Itsallgay.com

Registered through Key Systems, GmbH

1. Gayforit.eu

2. Jerkyourtube.eu

3. Itsallgay.eu

and shall deliver a copy of this Order to Key-Systems GmbH and shall take all necessary steps to assist Key-Systems GmbH in the transfer of the domain name registrations into an account controlled by the Receiver. Such registrations must include

the title to the domain name registrations and not simply control of the WHOIS information;

    c.   The Receiver shall act in accordance with and shall have all of the usual, necessary, and incidental powers of a receiver to maintain and preserve Defendants' domain name portfolio;

    d.   Except as otherwise provided in this Order, the Receiver shall hold the domains in their current configuration unless the Court issues a further order to the Receiver;

    e.   Discharge of the Receivership shall require a Court Order after a properly noticed motion approving the Receiver's Final Report and Accounting is filed with the Court and served on the Parties;

    f.   The Receiver is directed to obtain a bond in the amount of $1,000.00 securing performance by the Receiver of the duties and obligations of his office of receivership or arrange to have the previous bond transferred.  The bond shall provide coverage to Plaintiffs and Defendants for loss due to acts of any agent, servant, or employee of the Receiver.  However, the Receiver shall not be personally liable for losses, provided that the Receiver has acted in good faith to perform his duties and has not committed gross negligence or other gross misconduct.  The bond shall be submitted to the Clerk of the Court within 10 days of the date of this Order.  Given the limited nature of this injunction, no further bond is required.

    **IT IS FURTHER ORDERED,** that the previous receiver, Anne Bradley, shall turn over to Scott Raber all accounts, user names, and passwords used to control the domain names for which she has obtained control.  Ms. Bradley shall also turn over to Mr. Raber all correspondence relating to her receivership duties, as well as, a summary of the steps

she has previously taken to secure the Gayforit.eu, Jerkyourtube.eu, and Itsallgay.eu domain name registrations.  If necessary Ms. Bradley will also assist in transferring the bond to Mr. Raber.  Upon completion of these steps, Ms. Bradley will be relieved of her duties of receiver.

**IT IS FURTHER ORDERED** that Plaintiffs shall advance to the Receiver fees and costs associated with administration of the receivership estate, such fees and costs to be recoverable pursuant to 17 U.S.C. § 505 and/or Civil Local Rule 54-3(f) if Plaintiffs subsequently establish their entitlement thereto.

**IT IS FURTHER ORDERED** that all persons receiving notice of this Order, including without limitation all domain name registrars and all domain name registry operators, shall comply promptly with the Receiver's directives as provided for in this Order, including without limitation any directives by the Receiver to transfer any and all domain names between registrants, or between registrars, or the reassignment of the registrant or registrar of any domain names.  In the event that Defendants do not cooperate with the portions of ~~this Order~~ the Court's August 30, 2011 Order compelling them to transfer the six domain names to the Receiver, Verisign (operator of the .com registry) and EurID (operator of the .eu registry) shall transfer the three domain names in each of their registries to the Receiver, with or without the consent or cooperation of Defendants.

This **ORDER** shall take effect immediately upon entry.

**IT IS SO ORDERED.**

Dated: June 26, 2012

*[signature]*
MAXINE M. CHESNEY
United States District Judge