UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP INC, et al., | No. C-10-01282 MMC (DMR) |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS** |
| v. | |
| GLBT LTD, et al., | |
| Defendants. | |

Pending before the court is Plaintiffs' motion for sanctions against defense counsel Jonathan Capp pursuant to 28 U.S.C. § 1927, doc. no. 131, which has been referred in part to the undersigned. Doc. no. 137. Because Mr. Capp's motion to withdraw as counsel was granted on December 2, 2011, Plaintiffs are instructed to file a renewed motion for sanctions if they seek an order finding Mr. Capp liable for sanctions pursuant to § 1927, to the extent permitted by the court's order entered November 2, 2011. Doc. no. 137, ¶ 2. Plaintiffs must file and serve any renewed motion by **July 26, 2012**. Any opposition to the motion must be filed and served by **August 13, 2012.** Any reply must be filed by **August 24, 2012.** The court will hold a hearing on the motion on **September 13, 2012 at 11:00 a.m.** in Courtroom 4, United States District Court, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: July 11, 2012

DONNA M. RYU
United States Magistrate Judge