IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., et al., | No. C-10-1282 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFFS** |
| v. | |
| GLBT, LTD., et al., | |
| Defendants. / | |

Before the Court is plaintiffs' Case Management Statement, filed August 3, 2012. Also before the Court is plaintiffs' "Motion for Summary Judgment on Damages; and Motion for Default Judgment," also filed August 3, 2012.

Because the above-referenced pending motion addresses all remaining claims in the instant action, and no further scheduling is presently required, the Case Management Conference scheduled for August 10, 2012 is hereby VACATED.

The Court notes, however, that plaintiffs have not filed proof of service of the above-referenced motion on the individual defendants at their last known address of record. Accordingly, plaintiffs are hereby DIRECTED to file, no later than August 10, 2012, such proof of service.[1]

IT IS SO ORDERED.

Dated: August 7, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] If plaintiffs did not serve the motion on the individual defendants at the time they filed the motion, plaintiffs will need to renotice the motion for a new hearing date. See Civil Local Rule 7-2(a) (providing motion "must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion").