1  D. GILL SPERLEIN (172887)
2  THE LAW OFFICE OF GILL SPERLEIN
   345 Grove Street
3  San Francisco, California  94102
   Telephone: (415) 404-6615
4  Facsimile: (415) 404-6616
   gill@sperleinlaw.com
5
6  MARC JOHN RANDAZZA (269535)
   RANDAZZA LEGAL GROUP
7  10620 Southern Highlands Parkway, 110-454
   Las Vegas, NV 89141
8  Telephone: 888-667-1113
   Facsimile: 305-437-7662 (fax)
9  MJR@randazza.com
10
11 Attorneys for Plaintiffs,

12                UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
14

15  IO GROUP, INC., a California corporation,   ) CASE NO.:  C-10-1282 (MMC)
                                                )
16  CHANNEL ONE RELEASING, Inc., a             ) PLAINTIFFS' RE-NOTICE OF MOTION
    California corporation and LIBERTY          ) FOR SUMMARY JUDGMENT ON
17  MEDIA HOLDINGS, LLC., a California          ) DAMAGES AND MOTION FOR DEFAULT
    corporation,                                ) JUDGMENT
18                                              )
                                                )
19                                              )
        Plaintiffs,                             )
20                                              ) DATE:  October 5, 2012
                                                ) TIME:   9:00 a.m.
21              vs.                             ) COURTROOM:  7, 19th Floor
                                                )
22  GLBT, Ltd., a British limited company,     )
    MASH and NEW, Ltd., a British limited       )
23  company, PORT 80, Ltd., a company of        )
    unknown origin or structure, STEVEN         )
24  JOHN COMPTON, an individual living in       )
    the United Kingdom, and DAVID               )
25  GRAHAM COMPTON, an individual               )
    living in the United Kingdom.               )
26                                              )
                                                )
27      Defendants.                             )
                                                )
28  _____

TO: ALL DEFENDANTS:

PLEASE TAKE NOTICE THAT ON Friday, October 5, 2012 at 9:00 a.m., or as soon thereafter as the matter maybe heard in the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, 94102, Courtroom 7, 19th Floor, PLAINTIFFS IO GROUP, INC., CHANNEL ONE RELEASING, INC. and LIBERTY MEDIA HOLDINGS, LLC, will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment against Defendants JOHN COMPTON and DAVID GRAHAM COMPTON on the issue of damages and against Defendants GLBT, Ltd., MASH and NEW, Ltd., and PORT 80, Ltd. for Default Judgment.

This motion is brought on the grounds that, as to the forgoing, there are no genuine issues of material fact and that Plaintiff is entitled to judgment on those issues as a matter of law.

This motion is based upon the papers served upon JOHN COMPTON and DAVID GRAHAM COMPTON along with this Re-Notice of Motion including Defendants previously filed Notice of Motion and Motion and accompanying Memorandum of Points and Authorities, and the Declarations of D. Gill Sperlein, Keith Ruoff, Rob Novinger, and Brian Dunlap, as well as, Defendants' interrogatory and other discovery responses, all matters of which this Court may take judicial notice, all pleadings and papers on file in this action, and upon such other evidence and argument as may be presented to the Court at the time of the hearing.

Respectfully submitted,


Dated:  *8/9/2012*          */s/ D. Gill Sperlein*
                            D. GILL SPERLEIN,  THE LAW OFFICE OF D. GILL SPERLEIN


Dated: *8/9/2012*           */s/ Marc Randazza*
                            Marc Randazza, General Counsel, Liberty Media Holdings, LLC

                            Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I am over 18 years of age, a member of the State Bar of California and the Bar of the United States District Court for the Central District of California.  I maintain a business address at 345 Grove Street, San Francisco, California, 94102.

Today I served the attached:

- PLAINTIFFS' RE-NOTICE OF MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND MOTION FOR DEFAULT JUDGMENT

And Copies of the Following Documents

- ECF NO. 186  - PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON DAMAGES ; AND MOTION FOR DEFAULT JUDGMENT

- ECF NO. 186-1 TO 186-6 - DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DAMAGES  AND MOTION FOR DEFAULT JUDGMENT WITH EXHIBITS A THROUGH E.

- ECF NO. 186-7 TO 186-10 - DECLARATION OF KEITH RUOFF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DAMAGES  AND MOTION FOR DEFAULT JUDGMENT WITH EXHIBITS A THROUGH C.

- ECF NO. 186-11 TO 186-13 - DECLARATION OF ROB NOVINGER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DAMAGES  AND MOTION FOR DEFAULT JUDGMENT WITH EXHIBITS A AND B.

- ECF NO. 186-14 TO 186-16 - DECLARATION OF BRIAN DUNLAP IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DAMAGES  AND MOTION FOR DEFAULT JUDGMENT WITH EXHIBITS A AND B.

- ECF NO. 186-17 [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DAMAGES AND MOTION FOR DEFAULT JUDGMENT; AND

- ECF NO. 187 - ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFFS

by depositing it in with United States Postal Service in a sealed envelope with postage fully prepaid to the following addresses:

Steven John Compton  and David Graham Compton
Office 44
151 High Street
Southhampton, Hampshire
SO14 2BT
United Kingdom

I declare under penalty of perjury that the foregoing is true and correct.

Date: *August 8, 2012*                    */s/ D. Gill Sperlein*
                                          D. GILL SPERLEIN