MITCHELL J. LANGBERG (CA Bar No. 171912)
mlangberg@bhfs.com
LAURA E. BIELINSKI (CA Bar No. 264115)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Telephone:   (310) 500-4600
Facsimile:   (310) 500-4602

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, INC., a California corporation and LIBERTY MEDIA HOLDINGS, LLC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GLBT, LTD., a British limited company, MASH AND NEW, LTD., a British limited company, PORT 80, LTD., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.<br><br>Defendants. | CASE NO.: C-10-1282 (MMC)<br><br>NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF LIBERTY MEDIA HOLDINGS, LLC<br><br>[PROPOSED] ORDER |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiff Liberty Media Holdings, LLC hereby substitutes Brownstein Hyatt Farber Schreck, LLP in place of and Randazza Legal Group as its counsel of record in this action. The contact information for new counsel is as follows:

1

```
 1   MITCHELL J. LANGBERG (CA Bar No. 171912)
     mlangberg@bhfs.com
 2   LAURA E. BIELINSKI (CA Bar No. 264115)
     lbielinski@bhfs.com
 3   BROWNSTEIN HYATT FARBER SCHRECK, LLP
     2029 Century Park East, Suite 2100
 4   Los Angeles, CA 90067-3007
     Telephone:   (310) 500-4600
 5   Facsimile:   (310) 500-4602

 6   DATED this 10th day of October, 2012.

 7                              BROWNSTEIN HYATT FARBER SCHRECK, LLP

 8
                                By: /s/ Laura B.
 9
                                MITCHELL J. LANGBERG (CA Bar No. 171912)
10                              mlangberg@bhfs.com
                                LAURA E. BIELINSKI (CA Bar No. 264115)
11                              lbielinski@bhfs.com
                                2029 Century Park East, Suite 2100
12                              Los Angeles, CA 90067-3007
                                Telephone: (310) 500-4600
13                              Facsimile: (310) 500-4602

14                              Attorneys for Plaintiffs

15                           CONSENT TO SUBSTITUTION

16   The Randazza Legal Group hereby consents to this substitution.

17   DATED this 10 day of October, 2012
                                RANDAZZA LEGAL GROUP
18
                                
19                              By: /s/ Marc
                                MARC JOHN RANDAZZA (CA Bar No. 269535)
20                              MJR@randazza.com
                                6525 W. Warm Springs Road, Suite 100
21                              Las Vegas, NV 89118
                                Telephone: 888-667-1113
22                              Facsimile: 305-437-7662

23
     IT IS SO ORDERED:
24

25
     Dated: _____
26                              _____
                                UNITED STATES DISTRICT COURT JUDGE
27

28
```

## CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP, and that a true and correct copy of the NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF LIBERTY MEDIA HOLDINGS, LLC [PROPOSED] ORDER was served via electronic service, via CM/ECF, on this 11th day of October, 2012 and to the address(es) shown below:

Scott Raber, Esq.
RIMON, P.C.
220 Sansome Street, Suite 310
San Francisco, CA 94104
scott.raber@rimonlaw.com
*Receiver*

D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
gill@sperleinlaw.com
*Counsel for Plaintiffs Channel One Releasing, Inc., IO Group, Inc. and Liberty Media Holdings, LLC*

I further certify that I am familiar with the firm's practice of collection and processing documents for mailing; that in accordance therewith, I caused the above-named document to be deposited with the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on this 11th day of October, 2012 and to the address(es) shown below:

GLBT, Ltd.
Office 44
151 High Street
Southampton, Hampshire
SO14 2BT
United Kingdom
*Defendant*-PRO SE

Mash and New, Ltd.
Office 44
151 High Street
Southampton, Hampshire
SO14 2BT
United Kingdom
*Defendant*-PRO SE

Port 80, Ltd.
Office 44
151 High Street
Southampton, Hampshire
SO14 2BT
United Kingdom
*Defendant*-PRO SE

David Graham Compton
Office 44
151 High Street
Southampton, Hampshire
SO14 2BT
United Kingdom
*Defendant*-PRO SE

Steven John Compton
Office 44
151 High Street
Southampton, Hampshire
SO14 2BT
United Kingdom
*Defendant*-PRO SE

Employee of Brownstein Hyatt Farber Schreck, LLP