1  MITCHELL J. LANGBERG (CA Bar No. 171912)
   mlangberg@bhfs.com
2  LAURA E. BIELINSKI (CA Bar No. 264115)
   lbielinski@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   2029 Century Park East, Suite 2100
4  Los Angeles, CA 90067-3007
   Telephone:    (310) 500-4600
5  Facsimile:    (310) 500-4602

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 IO GROUP, INC., a California corporation,   CASE NO.: C-10-1282 (MMC)
   CHANNEL ONE RELEASING, INC., a
12 California corporation and LIBERTY
   MEDIA HOLDINGS, LLC, a California
13 corporation,                                NOTICE OF SUBSTITUTION OF
                                               COUNSEL FOR PLAINTIFF LIBERTY
14             Plaintiffs,                      MEDIA HOLDINGS, LLC

15 v.                                           [PROPOSED] ORDER

16 GLBT, LTD., a British limited company,
   MASH AND NEW, LTD., a British limited
17 company, PORT 80, LTD., a company of
   unknown origin or structure, STEVEN
18 JOHN COMPTON, an individual living in
   the United Kingdom, and DAVID
19 GRAHAM COMPTON, an individual
   living in the United Kingdom.
20
               Defendants.
21

22     TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR

23 COUNSEL OF RECORD:

24     Please take notice that Plaintiff Liberty Media Holdings, LLC hereby substitutes

25 Brownstein Hyatt Farber Schreck, LLP in place of and Randazza Legal Group as its counsel of

26 record in this action. The contact information for new counsel is as follows:

27

28

MITCHELL J. LANGBERG (CA Bar No. 171912)
mlangberg@bhfs.com
LAURA E. BIELINSKI (CA Bar No. 264115)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Telephone:   (310) 500-4600
Facsimile:   (310) 500-4602

DATED this 10ᵗʰ day of October, 2012.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____

MITCHELL J. LANGBERG (CA Bar No. 171912)
mlangberg@bhfs.com
LAURA E. BIELINSKI (CA Bar No. 264115)
lbielinski@bhfs.com
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

Attorneys for Plaintiffs

**CONSENT TO SUBSTITUTION**

The Randazza Legal Group hereby consents to this substitution.

DATED this 10 day of October, 2012

RANDAZZA LEGAL GROUP

By: _____

MARC JOHN RANDAZZA (CA Bar No. 269535)
MJR@randazza.com
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
Telephone: 888-667-1113
Facsimile: 305-437-7662

**IT IS SO ORDERED:**

Dated: October 16, 2012 _____

_____
UNITED STATES DISTRICT COURT JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007
(310)500-4600