MITCHELL J. LANDBERG (CA Bar. No. 171912)
mlangberg@bhfs.com
LAURA E. BIELINSKI (CA Bar No. 264115)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007
Los Angeles, CA 90067-3007
Telephone: (310) 500-4600
Facsimile: (310) 500-4602

D. GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiffs,

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,<br><br>    Plaintiffs,<br><br>              vs.<br><br>GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom,<br><br>    Defendants. | **CASE NO.: C-10-1282 (MMC)**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONTINUE DEADLINE FOR FILING SUPPLEMENTAL BRIEF**<br><br>~~[PROPOSED]~~ ORDER |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007

1     Pursuant to Local Rule 7-11, Plaintiffs seeks an Order continuing the deadline to

2  Supplement their Motion for Summary Judgment and Default Judgment.  The deadline is

3  currently set for October 19, 2012.

4     Plaintiff Liberty Media Holdings, LLC ("Liberty"), recently substituted counsel on

5  this matter.  See, ECF No. 195.  Liberty's new counsel has diligently worked with

6  Plaintiffs' existing counsel to become familiar with the procedural history and the factual

7  background of this case.  Nonetheless, Liberty's new counsel needs additional time to

8  work with Plaintiffs' existing counsel and adequately prepare its part of the supplemental

9  briefing on the Motion for Summary Judgment and Default Judgment.

10    Therefore, Plaintiffs respectfully request that the Court continue the relevant

11  deadlines by one week.

12    Plaintiffs were unable to obtain the stipulation of Defendants for this request.

13  Respectfully submitted,

14
                              BROWNSTEIN HYATT FARBER SCHRECK, LLP
15
16  Dated: *October 17, 2011*      By:     */s/ Laura E. Bielinski*
                                          LAURA E. BIELINSKI
17

18  Dated: *October 17, 2012*      THE LAW OFFICE OF D. GILL SPERLEIN
19
20                              By*:*     */s/ D. Gill Sperlein*
                                          D. GILL SPERLEIN
21
                                  Attorneys for Plaintiffs
22

23

24

25

26

27

28

016194\0001\1743648.1                                2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067-3007

1    ~~[PROPOSED]~~ **ORDER**
     pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure.
2    Having considered Plaintiffs' arguments above, **IT IS SO ORDERED,**

3       1. No later than October 26, 2012, plaintiffs shall file and serve their supplement

4    brief and any supporting evidence;

5       2. No later than November 9, 2012, defendants shall file and serve any opposition;

6       3. The hearing on the motion is hereby continued to November 30 ~~23~~, 2012, at 9:00

7    a.m.

8       **IT IS SO ORDERED.**

9

10

11   Date_ October 17, 2012 _                    _____
                                                 MAXINE M. CHESNEY
12                                               SENIOR UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28