IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC., et al.,

        Plaintiff,

 v.

GLBT, LTD., et al.,

        Defendants.
                                     /

No. CV- 10-1282 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Plaintiff Liberty Media Holdings, LLC shall have judgment in its favor in the amount of $1,787.747.42 against each defendant, jointly and severally.

Dated: November 27, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk