**FILED**

DEC 0 3 2012

RICHARD W. WIEKING
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Royal Mail
We were unable to deliver this item because:
- addressee gone away
- address incomplete
- addressee inaccessible
- addressee unknown
- refused
- not called for
- no such address

date 24 AUG 2012
initials
P3960/97/302543

David Graham Compton
Office 44
15½ High Street
Southampton, Hampshire
SO14 2BT
United Kingdom

NIXIE         100     5E   1       01   11/28/12

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 941023001799        *1940-03433-08-39

02 1M
0004285235
MAILED FROM ZIPCODE 94102
$ 01.05⁰
AUG08 2012
PITNEY BOWES
UNITED STATES POSTAGE

