D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiffs Io Group, Inc.
and Channel One Releasing, Inc.

MITCHELL J. LANGBERG (171912)
mlangberg@bhfs.com
LAURA E. BIELINSKI (264115)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
2029 Century Park East, Suite 2100
Los Angeles, CA  90067-3007
Telephone:  (310) 500-4600
Facsimile:  (310) 500-4602

Attorneys for Plaintiff Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, CHANNEL ONE RELEASING, Inc., a California corporation and LIBERTY MEDIA HOLDINGS, LLC., a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>GLBT, Ltd., a British limited company, MASH and NEW, Ltd., a British limited company, PORT 80, Ltd., a company of unknown origin or structure, STEVEN JOHN COMPTON, an individual living in the United Kingdom, and DAVID GRAHAM COMPTON, an individual living in the United Kingdom.<br><br>    Defendants. | CASE NO.:  C-10-1282 (MMC)(DMR)<br><br>**[PROPOSED] ORDER DIRECTING RECEIVER TO LEVY UPON AND AUCTION THE DOMAIN NAME REGISTRATIONS HE CURRENTLY HOLDS**; VACATING HEARING |

-1-

This Court previously entered judgments in favor of Plaintiffs and against Defendants. A Receiver appointed by this Court currently holds the domain name registrations for gayforit.com, itsallgay.com, and jerkyourtube.com. Plaintiffs have moved the Court for an Order directing the Receiver to levy upon and auction the domain name registrations with the proceeds going to the Plaintiffs in partial satisfaction of the judgments. Having found good cause it is **SO ORDERED**.

The Receiver is directed to auction the three domain names gayforit.com, itsallgay.com, and jerkyourtube.com.

The Receiver is to use his best efforts to obtain the highest amount possible for the domain names.

Proceeds from the sale of the domain names shall be disbursed to the Plaintiffs / Judgment Creditors. The amount of the judgments shall be reduced accordingly after first subtracting the amount of fees Plaintiffs have paid to the Receiver for his services.

The Receiver shall include in his final report to the Court, the amount generated from the auctions as well as the total amount of fees paid to him by Plaintiffs.

Plaintiffs / Judgment Creditors are permitted to place credit bids on the domain names during the auction. If a Plaintiff / Judgment Creditor's credit bid is the highest bid for any domain name, it shall take possession of the domain name and the amount of the judgment shall be reduced by the amount of the credit bid.

In light of the above, the hearing scheduled for August 23, 2013 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 1, 2013

MAXINE M. CHESNEY
SENIOR UNITED STATES DISTRICT JUDGE