UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC.; CHANNEL ONE RELEASING, INC., AND LIBERTY MEDIA HOLDINGS, LLC.,<br><br>Plaintiffs,<br><br>v.<br><br>GLBT, LTD.; MASH AND NEW, LTD; PORT 80, LTD; STEVEN JOHN COMPTON, and DAVID GRAHAM COMPTON,<br><br>Defendants. | Case No. 3:10-CV-01282 MMC<br><br>[PROPOSED] ORDER GRANTING RECEIVER'S MOTION TO APPROVE FINAL REPORT AND ACCOUNTING OF RECEIVER; VACATING HEARING |

THE COURT, having considered the court-appointed Receiver's Motion to Approve Final Report and Accounting of the Receiver and For Discharge of Receivership, and all the papers filed and issues raised therein, and no opposition having been filed, hereby ORDERS as follows:

1. The Final Report and Accounting of the Receiver is hereby approved;

2. The monies earned from auction of the domain names in the Receiver's possession ($609.30) and held in trust by the Receiver shall be remitted to Plaintiffs in equal sums (i.e., $203.10 each), and may be applied, at Plaintiffs' option, against outstanding amounts payable to the Receiver by Plaintiffs.

3. The Receiver is hereby discharged from his duties, and he shall have no further responsibilities with respect to this matter.

4. The hearing scheduled for December 20, 2013 is VACATED.

IT IS SO ORDERED.

Dated: December 10, 2013



The Honorable Maxine M. Chesney
UNITED STATES SENIOR DISTRICT JUDGE

[PROPOSED] ORDER GRANTING RECEIVER'S MOTION TO APPROVE FINAL REPORT     -2-     CASE NO. 3:10-CV-01282